FILED BY ___ D.C.
05 JUN 22 AM 11:5
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

FILED BY CAB D.C.
2005 JUN 20 PM 2:27
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs. No. 05-20188-M1

JAMES IVY,

Defendant.

MOTION GRANTED
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
June 21, 2005
DATE

MOTION FOR CONTINUANCE

COMES NOW, James Ivy, by and through counsel, Stephen R. Leffler, who would hereby request a continuance of the defendant's report date in this cause now scheduled for June 24, 2005. As grounds for this motion, defendant would respectfully state and show unto the Court as follows:

1. A report date in this cause is set for Friday, June 24, 2005 at 9:00 a.m. in Memphis Shelby County, Tennessee.

2. Counsel for defendant, Stephen R. Leffler, is scheduled to teach a continuing legal education seminar on that date in east Memphis.

WHEREFORE, PREMISES CONSIDERED, defendant hereby requests that the Court grant a continuance of the hearing scheduled for Friday, June 24, 2005 at 9:00 a.m. to accommodate counsel's obligations to the seminar.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/22/05



Respectfully submitted,

Stephen R. Leffler (11038)
Attorney for Defendant
707 Adams Ave.
Memphis, Tennessee 38105
(901) 527-8830

Certificate of Service

I hereby certify that I have served a copy of the foregoing upon Ms. Catrina Earley, 800 Federal Building, Memphis, Tennessee, 38103, this ______ day of ___________, 2005.

Stephen R. Leffler

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20188 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT