FILED BY _____ D.C.

05 DEC -1 PM 2: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,

    **Plaintiff,**

**VS.**

                                    **CASE NO. 05-20188-M1**

**JAMES IVY,**

    **Defendant.**

---

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDO

---

Upon application of Stephen R. Leffler, counsel for James Ivy, that the Court order the United States Marshall Service to transport Roy Howard who is currently housed at the Shelby County Jail Booking Number 05133733, R&I Number 120066, currently in the custody of Shelby County Tennessee at 201 Poplar Ave., Memphis, Tennessee, from 201 Poplar Ave., Memphis, Tennessee to the United States District Court for the Western District of Tennessee to the courtroom of Judge Jon P. McCalla, to testify in the trial of this cause on Monday, December 5, 2005 at 9:00 a.m.

The Court finds that the motion is well taken and should be granted.

Wherefore, the Court hereby orders that the United States Marshall Service to transport Roy Howard who is currently housed at the Shelby County Jail Booking Number 05133733, R&I Number 120066, currently in the custody of Shelby County Tennessee at 201 Poplar Ave., Memphis, Tennessee, from 201 Poplar Ave., Memphis, Tennessee to the United States District Court for the

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___12-1-05___

44

Western District of Tennessee to the courtroom of Judge Jon P. McCalla, to testify in the trial of this

cause on Monday, December 5, 2005 at 9:00 a.m.

_____
JUDGE

_____
Dec. 1, 2005
Date

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in
case 2:05-CR-20188 was distributed by fax, mail, or direct printing on
December 1, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT