FILED BY _____ DC

HABEAS CORPUS

05 DEC -1 PM 3: 24

# UNITED STATES DISTRICT COURT

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FOR THE

WESTERN DISTRICT OF TENNESSEE

-------

NO: 05cr20188
AD TESTIFICANDUM

TO: DAVID JOLLY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN; WARDEN, SHELBY COUNTY DETENTION CENTER, 201 Poplar Ave., Memphis, TN

**YOU ARE HEREBY COMMANDED** to have the person of **Roy Howard, Booking # 0513373, R&I #120066**, by you restrained of his liberty, as it is said, by whatsoever names detained, together with the day and cause of her being taken and detained before the Honorable Jon P. McCalla, United States District Judge of the United States District Court for the Western District of Tennessee, at the courtroom of said Court, in the City of Memphis, Tennessee, at **9:00 a.m.**, on the **1st** day of **December, 2005**, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

**WITNESS** the Honorable Jon P. McCalla

United States District Judge at Memphis, Tennessee

this 1st day of December 2005.

THOMAS M. GOULD
Clerk of Court

By _____
Deputy Clerk



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CR-20188 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT